IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, As subrogee of Robert and Mandy Harris, and ROBERT and MANDY HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and OWT INDUSTRIES, INC., and TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC.,<br><br>Defendants. | Case No. **12-2609-KHV-DJW** |

## MOTION FOR LEAVE TO FILE AMENDED BILL OF COSTS

COMES NOW Defendants, by counsel, and pursuant to local rule 54.1 and respectfully request leave, although Defendants believe none is required under the rules, to file an Amended Bill of Costs that addresses plaintiffs' previously filed objections (Doc. 151). For their Motion, Defendants state and allege as follows:

1. The Court entered judgment in Defendants' favor, including an award of court costs, following a jury verdict June 19, 2014. (Doc. 145).

2. Plaintiffs' filed their *Motion for New Trial* on July 9, 2014. (Doc. 146)

3. Plaintiffs' *Motion for New Trial* remains pending and therefore the time for Defendants to submit its Bill of Costs has not yet expired. Local rule 54.1(a) provides in pertinent part:

> The party entitled to recover costs must file a Bill of Costs on a form provided by the clerk (available at the Clerk's Office or on the Court's website under the forms section) **within 30 days after:**

>A. The expiration of time allowed for appeal of a final judgment or decree; or
>
>B. Receipt by the clerk of an order terminating the action on appeal.

(emphasis added).

4. Defendants filed their Bill of Costs on the form provided by the Court pursuant to Local Rule 54.1 and provided an itemization and documentation for those requested costs, also as provided by local rule. (Court Doc. 149 and 149-1). It is respectfully submitted that the submission with its Bill of Costs satisfies local rule 54.1's requirement of providing a memorandum supporting the costs bill.

5. Defendants stipulated to an extension of time for Plaintiffs to file their objections to the Bill of Costs, after Plaintiffs did not file their objection within the time required by Local Rule 54.1(b)(1). During discussions regarding the stipulation, Plaintiffs' counsel made no mention of any concern that the Bill of Costs submission did not comply with local rule 54.1.

6. Following the stipulation with defense counsel, Plaintiffs filed their objections to Defendants' Bill of Costs and alleged Defendants' failure to comply with local rule 54.1. (Doc. 151)

7. Defendants respectfully request, although the time for submitting the Bill of Costs has not yet expired, the Court accept their Amended Bill of Costs, with supporting documentation attached. Defendants' *Amended Bill of Costs* and supporting documentation are attached hereto as **Exhibit A.**

8. Defendants respectfully suggest that the Amended Bill of Costs addresses the issues raised by Plaintiffs' objection. In particular Defendants' Amended Bill of Costs omits the

request for mediator expenses. The Amended Bill of Costs also subtracts certain foreign court reporter fees for mini-script and postage charges objected to by Plaintiffs.

9. Defendants' counsel also contacted counsel for Plaintiffs Robert and Mandy Harris to discuss whether omission or deletion of these requested costs in the Amended Bill of Costs would satisfy Plaintiffs' concerns raised in their original objection. Plaintiff Harris' attorney refused to discuss the matter or whether any accommodation could be reached with respect to the Amended Bill of Costs. Defendants respectfully suggest this satisfies the duty to confer in local rule 54.01.

10. National Counsel for Plaintiff American Family was also contacted to discuss or confer about the Amended Bill of Costs, but as of the time of filing counsel has not yet responded to Defendants' counsel's call.

11. The Amended Bill of Costs attached hereto contains only the filing fee for this honorable Court and the fees for deposition transcripts and exhibits thereto, necessarily obtained for use in the case, either for motion practice or the trial of the matter. *See 28 U.S.C.A. §1920(1) and (2).*

12. A separate specifically entitled Memorandum is submitted herewith. Defendants respectfully request the Court consider that Memorandum to also be submitted as a Reply Memorandum to Plaintiffs' objections, as provided for by local rule 54.1(b)(2).

13. As the time for submitting a Bill of Costs has not yet expired due to the pending request for a new trial and the time for Plaintiffs to appeal the judgment has not yet expired, no prejudice will revert to Plaintiffs in the filing of the Amended Bill of Costs and supporting Memorandum. In addition, because of the lack of a final judgment or expiration of appeal rights,

the Bill of Costs is subject to amendment anyway should additional allowable court costs be incurred by Defendants, in the discretion of the honorable Court.

WHEREFORE, Defendants respectfully request the Court accept Defendants' Amended Bill of Costs attached hereto for consideration and entry by the Clerk.

Respectfully submitted,

**CORONADO KATZ LLC**

/s/ Christopher L. Heigele
---
Mark D. Katz              Kan. Bar # 12745
Christopher L. Heigele    Kan. Bar # 18036
14 West Third Street, Suite 200
Kansas City, MO 64105
Telephone: (816) 410-6600
Facsimile: (816) 337-3892
mark@coronadokatz.com
chris@coronadokatz.com

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was filed electronically with the Court on September 12, 2014, causing a service copy to be served electronically to the following:

Frank W. Lipsman
Hubbard, Ruzicka, Kreamer & Kincaid, L.C.
130 N. Cherry, P.O. Box 550
Olathe, KS 66051
Phone: (913) 782-2350
Fax: (913) 782-2012
Email Address: flipsman@hrkklaw.com
Attorney For: American Family Mutual Insurance Co.

Floyd R. Finch, Jr.
Floyd Finch Law Offices
24211 E. Strode Road
Blue Springs, MO 64015
Phone: (816) 560-1234
Email Address: ffinch@kcbusinesstriallawyers.com
Attorney For: Robert Harris and Mandy Harris

Lori Jones Blangger
Williams & Associates, P.C.
500 Cummings Center, Suite 4500
Beverly, MA 01915
Phone: (513) 721-0827
Fax: (978) 232-9222
Email Address: lblangger@williamsassociatespc.com
Attorney For: American Family Mutual Insurance Co.

/s/ Christopher L. Heigele
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

## AMENDED BILL OF COSTS

Robert and Mandy Harris and American Family Mutual Insurance Company

v.

Techtronic Industries North America, Inc., et al        Case No. 12-2609-KHV-DJW

Judgment having been entered in the above entitled action on June 19, 2014 against plaintiffs Robert and Mandy Harris, and American Family Mutual Insurance Company, the Clerk is requested to tax the following as costs:

Fees of the Clerk (See Exhibit 1; Itemization and Documentation for Requested Costs)..........................$350.00

Fees for service of summons and subpoena................................................................

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case
(See Exhibit 1; Itemization and Documentation for Requested Costs)..........................................$6,699.95

Fees for witnesses (itemize on reverse side)

Fees for exemplification and copies of papers necessarily obtained for use in the case
(See Exhibit 1; Itemization and Documentation for Requested Costs)

Docket fees under 28 U.S.C. 1923................................................................

Costs as shown on Mandate of Court of Appeals ................................................

Compensation of court-appointed experts................................................................

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......

Other costs (See Exhibit 1; Itemization and Documentation for Requested Costs)..........................

## TOTAL $7049.95

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney: _[signature]_

Name of Attorney: Christopher L. Heigele

For: Defendants        Date: 9/12/14
Name of Claiming Party

Costs are taxed in the amount of $ _____ and included in the judgment.

_____ By: _____
Clerk of Court     Deputy Clerk     Date

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
"Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its

officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

:billcst.int

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, As subrogee of
Robert and Mandy Harris, and ROBERT and
MANDY HARRIS,

Plaintiffs,

v.

TECHTRONIC INDUSTRIES NORTH
AMERICA, INC., and OWT INDUSTRIES,
INC., and TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

Defendants.

Case No. **12-2609-KHV-DJW**

EXHIBIT 1
ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS

| **Fees of the Clerk** | **350.00** |
|---|---:|
| Filing fee in U.S. District Court | 350.00 |
|  |  |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | **$6,699.95** |
| April 8, 2013 deposition of Robert Harris | 1,260.10 |
| April 29, 2013 deposition of Mandy Harris | 369.60 |
| June 25, 2013 deposition of Daniel E. Anderson | 770.00 |
| July 11, 2013 deposition of James L. Martin | 622.40 |
| July 24, 2013 deposition of Michael Wogalter, Ph.D. | 1,543.00 |
| August 9, 2013 deposition of Nathan Dorris | 506.35 |
| August 13, 2013 depositions of Marcus Greene, Arthur Grubbs, James Holder and Mark Martin | 598.60 |
| September 9, 2013 deposition of Mark A. Gray | 353.50 |
| May 21, 2014 deposition of Jennifer R. Chick | 614.40 |

| | |
|---|---|
| From: | KSD_CMECF@ksd.uscourts.gov |
| Sent: | Friday, September 14, 2012 4:21 PM |
| To: | ksd_nef@ksd.uscourts.gov |
| Subject: | Activity in Case 2:12-cv-02609-KHV-DJW American Family Mutual Insurance Company et al v. Techtronic Industries North America, Inc. et al Filing Fee Paid |

*FILE NO: 12274-0230 1* (handwritten)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered on 9/14/2012 at 4:21 PM CDT and filed on 9/14/2012

| | |
|---|---|
| Case Name: | American Family Mutual Insurance Company et al v. Techtronic Industries North America, Inc. et al |
| Case Number: | 2:12-cv-02609-KHV-DJW |
| Filer: | |
| Document Number: | No document attached |

*Debit card* (handwritten)

**Docket Text:**
FILING FEE PAID: in the amount of $350, receipt number K4631035054 (mm)

2:12-cv-02609-KHV-DJW Notice has been electronically mailed to:

Mark D. Katz  mark@coronadokatz.com, andy@coronadokatz.com, tameron@coronadokatz.com

Frank W. Lipsman  flipsman@hrkklaw.com

Floyd R. Finch, Jr  ffinch@finchcampbell.com, bnichols@finchcampbell.com

Christopher L. Heigele  chris@coronadokatz.com, andy@coronadokatz.com, kim@coronadokatz.com, tameron@coronadokatz.com

2:12-cv-02609-KHV-DJW Notice has been delivered by other means to:

1



COOPER MOELLER
court reporting & videography
www.coopermoeller.com

tel. 816-474-DEPO (3376)
toll free 877-476-DEPO (3376)
fax 816-474-3375

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Job #: 130408PC
Job Date: 04/08/2013
Order Date: 04/08/2013
DB Ref.#:
Date of Loss:  / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al

# Invoice

Invoice #: 57954
Inv.Date: 04/10/2013
Balance: $1,260.10

Bill To:
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Insurance, et al.
vs
Techtronic Industries, et al.
Action #: 12-2609-KHV-DJW
Rep: Peggy E. Corbett
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Robert M. Harris | Transcript | $1,235.30 |
| 2 |  | Exhibits | $24.80 |

Comments:

Thank you for your Business!!!

| | |
|---|---|
| Sub Total | $1,260.10 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $1,260.10 |
| Payment | $0.00 |
| **Balance Due** | $1,260.10 |

Federal Tax I.D.: 27-2101770         Terms: Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Deliver To:
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

## Invoice

COOPER MOELLER
court reporting & videography

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Invoice #: 57954
Inv.Date: 04/10/2013
Balance: $1,260.10
Job #: 130408PC
Job Date: 04/08/2013
DB Ref.#:
Date of Loss:  / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al



**COOPER MOELLER**
court reporting & videography
www.coopermoeller.com

tel. 816-474-DEPO (3376)
toll free 877-476-DEPO (3376)
fax 816-474-3375

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Job #: 130429MS
Job Date: 04/29/2013
Order Date: 04/29/2013
DB Ref.#:
Date of Loss: / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al

# Invoice

Invoice #: 58475
Inv.Date: 05/14/2013
Balance: $369.60

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Insurance, et al.
vs
Techtronic Industries, et al.
Action #: 12-2609-KHV-DJW
Rep: Michele L. Sehrt
Cert:

| Item | Proceeding/Witness | Description | Amount |
|------|-------------------|-------------|--------|
| 1 | Mandy K. Harris | Transcript | $342.80 |
| 2 |  | Exhibits | $26.80 |

**Comments:**

Thank you for your Business!!!

| | |
|---|---|
| Sub Total | $369.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $369.60 |
| Payment | $0.00 |
| **Balance Due** | $369.60 |

Federal Tax I.D.: 27-2101770    Terms: Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

**Deliver To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

**Invoice**

COOPER MOELLER
court reporting & videography

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Invoice #: 58475
Inv.Date: 05/14/2013
Balance: $369.60
Job #: 130429MS
Job Date: 04/29/2013
DB Ref.#:
Date of Loss: / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al



**COOPER MOELLER**
court reporting & videography
www.coopermoeller.com
tel. 816-474-DEPO (3376)
toll free 877-476-DEPO (3376)
fax 816-474-3375
2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

*Job #:* 130625AH
*Job Date:* 06/25/2013
*Order Date:* 06/25/2013
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:* 41966
*Your Client:* Techtronic Indstrs, et al

## Invoice

Invoice #: 59090
Inv.Date: 07/01/2013
Balance: $770.00

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Insurance, et al.
vs
Techtronic Industries, et al.
Action #: 12-2609-KHV-DJW
Rep: Ann M. Hamilton
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Daniel E. Anderson | Transcript | $720.00 |
| 2 | | Exhibits | $50.00 |

**Comments:**
Thank you for your Business!!!

| | |
|---|---|
| Sub Total | $770.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $770.00 |
| Payment | $0.00 |
| **Balance Due** | $770.00 |

*Federal Tax I.D.:* 27-2101770    *Terms:* Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

**Deliver To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

## Invoice

COOPER MOELLER
court reporting & videography

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Invoice #: 59090
Inv.Date: 07/01/2013
Balance: $770.00
Job #: 130625AH
Job Date: 06/25/2013
DB Ref.#:
Date of Loss: / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al



COOPER MOELLER
court reporting & videography
www.coopermoeller.com

tel. 816-474-DEPO (3376)
toll free 877-476-DEPO (3376)
fax 816-474-3375
2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Job #: 130711KJS
Job Date: 07/11/2013
Order Date: 07/11/2013
DB Ref.#:
Date of Loss:  / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al

# Invoice

Invoice #: 59331
Inv.Date: 07/18/2013
Balance: $622.40

Bill To:
Christopher L. Heigele, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Insurance, et al.
vs
Techtronic Industries, et al.
Action #: 12-2609-KHV-DJW
Rep: Kelli J. Stewart
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | James L. Martin | Transcript | $502.10 |
| 2 |  | Exhibits | $120.30 |

Comments:

Thank you for your Business!!!

| | |
|---|---|
| Sub Total | $622.40 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $622.40 |
| Payment | $0.00 |
| **Balance Due** | $622.40 |

Federal Tax I.D.: 27-2101770     Terms: Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Christopher L. Heigele, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Deliver To:
Christopher L. Heigele, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

**Invoice**

COOPER MOELLER
court reporting & videography

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Invoice #: 59331
Inv.Date: 07/18/2013
Balance: $622.40
Job #: 130711KJS
Job Date: 07/11/2013
DB Ref.#:
Date of Loss:  / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18244771 | 08/12/2013 | 1801-189931 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/24/2013 | PASTTA | 12-2609 |

| CASE CAPTION |
|---|
| American Family Mutual Ins. vs. Techtronic Industries |
| TERMS |
| Immediate, sold FOB Merrill facility |

Mark D Katz
Coronado Katz LLC
14 West Third Street
Suite 200
Kansas City, MO 64105

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
    Michael S. Wogalter, Ph.D.         230 Pages @     5.40/Page      1,242.00
        EXHIBITS                       150 Pages @      .40/Page         60.00
        ATTENDANCE                                                      150.00
        TotalTranscript                                                  45.00
        Unedited ASCII (RT)            177.00 Pages @  1.50/Page        265.50
        Color Copies                     6.00 Pages @  1.00/Page          6.00
        Production / Archiving                                           40.00
        Shipping / Handling                                              50.00
                                                                     ---------
                                       TOTAL DUE >>>>                 1,858.50
```

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

7288
9/16

TAX ID NO.: 20-2665382



**COOPER MOELLER**
court reporting & videography
www.coopermoeller.com

tel. 816-474-DEPO (3376)
toll free 877-476-DEPO (3376)
fax 816-474-3375
2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

*Job #:* 130809H2
*Job Date:* 08/09/2013
*Order Date:* 08/09/2013
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:* 41966
*Your Client:* Techtronic Indstrs, et al

# Invoice

Invoice #: 59755
Inv.Date: 08/22/2013
Balance: $506.35

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Insurance, et al.
vs
Techtronic Industries, et al.
Action #: 12-2609-KHV-DJW
Rep: House
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Nathan Dorris | Copy | $380.00 |
| 2 | | Exhibits | $126.35 |

Comments:

Thank you for your Business!!!

| | |
|---|---|
| Sub Total | $506.35 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $506.35 |
| Payment | $0.00 |
| Balance Due | $506.35 |

Federal Tax I.D.: 27-2101770       Terms: Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

**Deliver To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

# Invoice

COOPER MOELLER
court reporting & videography

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Invoice #: 59755
Inv.Date: 08/22/2013
Balance: $506.35
Job #: 130809H2
Job Date: 08/09/2013
DB Ref.#:
Date of Loss: / /
Your File #: 41966
Your Client: Techtronic Indstrs, et al



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
1200 Woodruff Road, A-3
Greenville, SC 29607
phone: (864) 234-7030  fax: (866) 390-3376
www.scheduledepo.com

Job #: 130813ARC
Job Date: 08/13/2013
Order Date: 08/13/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Techtronics

# Invoice

Invoice #: 197856
Inv.Date: 08/30/2013
Balance: $610.60

**Bill To:**
Mark D. Katz, Esquire
Coronado Katz LLC
14 West Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Ins., et al
VS
Techtronic Industries, et al
Action #: 12-2609-KHV-DJW
Rep: ARC
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Marcus Greene | Copy of Transcript | $0.00 | $278.40 |
| 2 | Marcus Greene | Exhibits (Color Paper & PDF) | $0.00 | $13.20 |
| 3 | Marcus Greene | Exhibits (Paper & PDF) | $0.00 | $21.00 |
| 4 | Marcus Greene | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 5 | Arthur Grubbs | Copy of Transcript | $0.00 | $91.20 |
| 6 | Arthur Grubbs | Exhibits (Color Paper & PDF) | $0.00 | $8.40 |
| 7 | Arthur Grubbs | Exhibits (Paper & PDF) | $0.00 | $3.00 |
| 8 | Arthur Grubbs | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 9 | James Holder | Copy of Transcript | $0.00 | $112.80 |
| 10 | James Holder | Exhibits (Paper & PDF) | $0.00 | $1.00 |
| 11 | James Holder | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 12 | Mark Martin | Copy of Transcript | $0.00 | $69.60 |
| 13 | Mark Martin | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 14 | | Shipping & Handling | $0.00 | $12.00 |

Comments:

Sub Total: $610.60
Shipping: $0.00
Tax: N/A
**Total Invoice: $610.60**
Payment: $0.00
**Balance Due: $610.60**

Federal Tax I.D.: 57-0762990
Terms: Net 30 Days Finance Charge @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mark D. Katz, Esquire
Coronado Katz LLC
14 West Third Street, Suite 200
Kansas City, MO 64105

**Deliver To:**
Mark D. Katz, Esquire
Coronado Katz LLC
14 West Third Street, Suite 200
Kansas City, MO 64105

# Invoice

**REMIT TO:**
A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492



Invoice #: 197856
Inv.Date: 08/30/2013
Balance: $610.60
Job #: 130813ARC
Job Date: 08/13/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Techtronics



**COOPER MOELLER**
court reporting & videography
www.coopermoeller.com
tel. 816-474-DEPO (3376)
toll free 877-476-DEPO (3376)
fax 816-474-3375
2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Job #: 130911LMW
Job Date: 09/11/2013
Order Date: 09/11/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Techtronic Indstrs, et al

## Invoice

Invoice #: 60145
Inv.Date: 09/20/2013
Balance: $353.50

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Insurance, et al.
vs
Techtronic Industries, et al.
Action #: 12-2609-KHV-DJW
Rep: Linda M. Wilson
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Mark A. Gray | Transcript | $322.30 |
| 2 | | Exhibits | $31.20 |

Comments:
Thank you for your Business!!!

| | |
|---|---|
| Sub Total | $353.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $353.50 |
| Payment | $0.00 |
| **Balance Due** | $353.50 |

Federal Tax I.D.: 27-2101770     Terms: Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

**Deliver To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

## Invoice

COOPER MOELLER
court reporting & videography
2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Invoice #: 60145
Inv.Date: 09/20/2013
Balance: $353.50
Job #: 130911LMW
Job Date: 09/11/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Techtronic Indstrs, et al



**COOPER MOELLER**
court reporting & videography
www.coopermoeller.com
tel. 816-474-DEPO (3376)
toll free 877-476-DEPO (3376)
fax 816-474-3375
2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Job #: 140521KJS
Job Date: 05/21/2014
Order Date: 05/21/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Techtronic Industries

## Invoice

Invoice #: 62842
Inv.Date: 05/28/2014
Balance: $614.40

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

Action: American Family Mutual Insurance, et al.
vs
Techtronic Industries, et al.
Action #: 12-2609-KHV-DJW
Rep: Kelli J. Stewart
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Jennifer R. Chick | Transcript | $556.40 |
| 2 | | Exhibits | $58.00 |

**Comments:**
Thank you for your Business!!!

| | |
|---|---|
| Sub Total | $614.40 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $614.40 |
| Payment | $0.00 |
| **Balance Due** | $614.40 |

Federal Tax I.D.: 27-2101770    Terms: Net 30 Days

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

**Deliver To:**
Mark D. Katz, Esq.
Coronado Katz LLC
14 W. Third Street, Suite 200
Kansas City, MO 64105

## Invoice

COOPER MOELLER
court reporting & videography

2001 Grand Boulevard, Suite 204
Kansas City, MO 64108-1804

Invoice #: 62842
Inv.Date: 05/28/2014
Balance: $614.40
Job #: 140521KJS
Job Date: 05/21/2014
DB Ref.#:
Date of Loss: / /
Your File #: -
Your Client: Techtronic Industries

## WITHERS, BRANT, IGOE & MULLENNIX, P.C.

ATTORNEYS AT LAW
TWO SOUTH MAIN STREET
LIBERTY, MISSOURI 64068
(816) 781-4788

Taxpayer I.D. No. 43-1532179

*pd.*
*c# 7685*
*5/19/14*

| CASE NAME: American Family Mutual Insurance Company, As Subrogee of Robert and Mandy Harris and Robert and Mandy Harris v. Techtronic Industries North America, Inc., and OWT Industries, Inc., and Techtronic Industries Factory Outlets, Inc. | DATE: February 25, 2014 ~~February 5, 2014~~ |
|---|---|
| | OUR FILE: 21364.810 |

| ATTY: Frank Lipsman 130 N. Cherry Olathe, KS 66051 | ATTY: Floyd Finch 24211 E. Strode Road Blue Springs, MO 64015 | ATTY: Mark Katz 14 W. Third St., Ste. 200 Kansas City, MO 64105 |
|---|---|---|

**SETTLEMENT AGREEMENT:**

No Agreement

**THE FEE FOR SERVICE IS BILLED AS FOLLOWS:**

6.5 hours @ $290 per hour = $1885

Plts $942.50
Dfts $942.50

_____ Initial  _____ Initial  _____ Initial

# McCLAIN MEDIATION, INC.

McCLAIN MEDIATION, INC
15425 ANTIOCH ROAD
OVERLAND PARK, KS 66221-9702

(913)814-7955
mcmediation@yahoo.com

**TAX ID: 201915290**

## Invoice

| Date | Invoice # |
|---|---|
| 05/08/2013 | 050713 |
| Terms | Due Date |
| Due on receipt | 05/08/2013 |

**Bill To**

MARK D. KATZ
CORONADO KATZ, LLC
14 W. 3RD STREET, SUITE 200
KANSAS CITY, MO 64105

| Amount Due | Enclosed |
|---|---|
| $312.50 | |

Please detach top portion and return with your payment.

| Date | Service | Activity | Amount |
|---|---|---|---|
| 05/07/2013 | 0001 | MEDIATION SERVICES: AMERICAN FAMILY MUTUAL INS. vs. TECHTRONIC INDUSTRIES NORTH AMERICA INC.<br><br>TOTAL MEDIATION TIME BILLED: 2.5 HOURS @ $250 HRLY RATE TO BE SPLIT AS FOLLOWS:<br>  FRANK LIPSMAN, ESQ. PAYS 1/4 OF THE 2.5 HOURS = 0.625 X $250 = $156.25<br>  FLOYD FINCH, ESQ. PAYS 1/4 OF THE 2.5 HOURS = 0.625 X $250 = $156.25<br>  MARK KATZ, ESQ. PAYS 1/2 OF THE 2.5 HOURS = 1.25 X $250 = $312.50<br><br>PLEASE ENCLOSE THIS INVOICE # 050713 WITH YOUR PAYMENT.<br>  THANK YOU FOR YOUR BUSINESS..., 1.25 @ $250.00 | 312.50 |

McCLAIN MEDIATION, INC. TAX ID #
20-1915290

| Total | $312.50 |
|---|---|